**E. MARSHALL HODGKINS #76796**
**ATTORNEY AT LAW**
**1186 W. SHAW, STE. 103**
**FRESNO, CA 93711**
emhlaw@aol.com
**TELEPHONE:  559-248-0900**
**FACSIMILE:    559-248-0901**

Attorney for Defendant, PEO XAYPHENGSY

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       V.<br><br><br>PEO XAYPHENGSY<br><br>             Defendant. | Case No.: 1:12-MJ-00244-GSA<br><br>**WAIVER OF APPEARANCE AND ORDER THEREON**<br><br><br><br>DATE: November 26, 2012<br>TIME: 1:00 p.m.<br>PLACE: Honorable Dennis L. Beck |

    Defendant, PEO XAYPHENGSY, hereby waives her right to be present in open court upon the hearing presently set for November 26, 2012 at 1:00 p.m. in Courtroom Three of the above entitled court.

    Defendant hereby requests the court proceed during every absence of which the court may permit pursuant to this waiver; agrees that her interests will be deemed represented at all times by the presence of her attorney, E. MARSHALL HODGKINS, the same as if the defendant was personally present; and further agrees to be present in person in court ready for trial any day and hour the court may fix in her absence.

Defendant further acknowledges that she has been informed of their rights under Title 18, United States Code, Section 3161-3174 (Speedy Trial Act), and authorizes their attorney to set times and delays under the Act without the defendant being present.

Dated: _____                                   _____
                                                           PEO XAYPHENGSY
                                                           Defendant


                                                           Respectfully submitted,


Dated: _____                                   __/s/ E. Marshall Hodgkins__
                                                           E. MARSHALL HODGKINS
                                                           Attorney for Defendant
                                                           PEO XAYPHENGSY

**ORDER**

IT IS HEREBY ORDERED that Defendant PEO XAYPHENGSY is hereby excused from appearing at the court hearing scheduled for November 26, 2012 at 1:00 p.m. and any other court hearing except as ordered by the court or his attorney.

IT IS SO ORDERED.

Dated:   **November 13, 2012**                    /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE